IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA GILLHAM,

**Plaintiff,**

v.

AGET MANUFACTURING
COMPANY, INC., et al.,

**Defendant.**                                                          No. 09-706-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a request for extension of time (Doc. 45) filed by Plaintiff Joshua Gillham. Plaintiff requests an additional thirty (30) days in which to file his response to Defendant H.C. Sharp Company's motion for judgment on the pleadings. The Court **GRANTS** the request. Plaintiff will have up to and including **April 19, 2010** in which to file a response to Defendant Sharp's motion for judgment on the pleadings.

**IT IS SO ORDERED.**

Signed this 23rd day of March, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**