IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA GILLHAM,

Plaintiff,

v.

AGET MANUFACTURING COMPANY, et al.,

Defendants,

and

H.C. SHARP COMPANY, a corporation,

Third-Party Plaintiff,

v.

INDUSTRIAL ROLLER COMPANY and
WESTERHEIDE SHEET METAL CO.,                    No. 09-706-DRH

Third-Party Defendants.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant H.C. Sharp Company's Motion for Leave to Supplement Motion for Judgment on the Pleading Pursuant to Federal Rules of Civil Procedure 12 (Doc. 54).  Specifically, Defendant H.C. Sharp seeks leave to supplement its motion for judgment on the pleadings (Doc. 36) with an affidavit of Mark Bauer, an employee of Westerheide Sheet Metal Co., as Bauer was personally involved in the design and installation of the system at issue.  Based on the reasons in the motion, the Court **GRANTS** Defendant H.C. Sharp's motion for leave to file a

supplement to its motion for judgment on the pleadings (Doc. 54).

**IT IS SO ORDERED.**

Signed this 11th day of May, 2010.

/s/  DavidRHerndon

**Chief Judge
United States District Court**