IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA GILLHAM,

Plaintiff,

v.

AGET MANUFACTURING, et al.,

Defendants.                                                                 No. 09-706-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's motion to dismiss with prejudice (Doc. 83) his claims against all Defendants with each party to bear their own costs. The parties had earlier informed the Court that they had settled their claims and a Sixty Day Order was entered (Docs. 81 & 82). Accordingly, the Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice** Plaintiff's claims against all Defendants, with each party to bear its own costs. The Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 5th day of October, 2010.

/s/   David R. Herndon
**Chief Judge**
**United States District Court**