### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA GILLHAM,

Plaintiff,

v.

AGET MANUFACTURING, et al.,

Defendants.                                          No. 09-706-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Aget Manufacturing Company, Inc., motion to dismiss with prejudice (Doc. 85) its claims against H.C. Sharp, Industrial Roller Company, and Westerheide Sheet Metal Company, as well as Defendant H.C. Sharp's motion to dismiss with prejudice (Doc. 86) its claims against Industrial Roller Company and Westerheide Sheet Metal Company. Specifically, Defendant Aget seeks to dismiss its claims against H. C. Sharp, Industrial Roller Company, and Westerheide Sheet Metal Company with prejudice, with each party to bear its own costs. Further, H.C. Sharp seeks to dismiss its remaining claims as the case has fully settled. Previously, the Court dismissed with prejudice Plaintiff's claims against Defendants due to a settlement reached between all of the parties. Accordingly, the Court **ACKNOWLEDGES** Defendant Aget's motion to dismiss with prejudice its claims against H.C. Sharp, Industrial Roller Company, and Westerheider Sheet Metal Company (Doc. 85) and **DISMISSES with prejudice** Defendant's claims, with each

party to bear its own costs.    The Court also **ACKNOWLEDGES** Defendant H.C. Sharp's motion to dismiss with prejudice (Doc. 86) and **DISMISSES with prejudice** its claims against Industrial Roller Company and Westerheide Sheet Metal Company. Now that Defendant Aget and H.C. Sharp's claims have been dismissed, the Court now **DIRECTS** the Clerk to enter judgment for all parties on all claims accordingly.

**IT IS SO ORDERED.**

Signed this 8th day of October, 2010.

/s/     David R Herndon

**Chief Judge**
**United States District Court**