IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSHUA GILLHAM,**

    **Plaintiff,**

**v.**

**AGET MANUFACTURING, et al,**

    **Defendants.**                                      Case No. 09-cv-706-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on October 6, 2010 (Doc. 84) and October 12, 2010 (Doc. 87), this case is **DISMISSED**  with prejudice in its entirety.   Each party shall bear their own costs.

                                           **NANCY J. ROSENSTENGEL,**
                                           **CLERK OF COURT**


                                         **BY:**       /s/*Sandy Pannier*
                                                            **Deputy Clerk**

Dated: October 12, 2010


APPROVED: /s/  *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT